**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROBERT LEWIS BEAL,

    Plaintiff,

                        v.                        Case No. 17-10843

JEFFREY STANTON,

    Defendant.

                                                  /

**STIPULATED ORDER OF DISMISSAL**

In its April 13, 2017 opinion and order, this court remanded Plaintiff's state-law claims and noted its reservations about exercising subject matter jurisdiction on the basis of the sole remaining count. (Dkt. # 7) At the off-the-record scheduling conference held April 25, 2017, the parties stipulated to the dismissal of the remaining count. The parties agreed that the dismissal would be without prejudice for the first month, after which it would convert to dismissal with prejudice. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice. **Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights.** Any party may reopen this case by **May 31, 2017** by filing a "Notice of Reopening." If such a notice is filed, the case will be placed back on the court's active docket, with no further costs or fees to either party and the litigation will proceed as if the case had not been dismissed. Further, the parties may also submit a substitute, stipulated order of dismissal or judgment by **May 31, 2017**.

After **May 31, 2017**, in the absence of any further order of the court or filing by the parties, this dismissal will be with prejudice.

                                                            s/Robert H. Cleland               /
                                                            ROBERT H. CLELAND
                                                            UNITED STATES DISTRICT JUDGE

Dated: April 28, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 28, 2017, by electronic and/or ordinary mail.

                                                            s/Lisa Wagner                  /
                                                            Case Manager and Deputy Clerk
                                                            (810) 292-6522